B6J (Official Form 6J) (12/07)

In re  **Carol A. Merchiore**                                      Case No.    **11-17019**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,700.00 |
| a. Are real estate taxes included? | Yes ___   No **X** | |
| b. Is property insurance included? | Yes ___   No **X** | |
| 2. Utilities:      a. Electricity and heating fuel | | $ 700.00 |
|                    b. Water and sewer | | $ 65.00 |
|                    c. Telephone | | $ 0.00 |
|                    d. Other   **See Detailed Expense Attachment** | | $ 365.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 300.00 |
| 4. Food | | $ 900.00 |
| 5. Clothing | | $ 350.00 |
| 6. Laundry and dry cleaning | | $ 30.00 |
| 7. Medical and dental expenses | | $ 587.91 |
| 8. Transportation (not including car payments) | | $ 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 150.00 |
| 10. Charitable contributions | | $ 150.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                    a. Homeowner's or renter's | | $ 167.43 |
|                    b. Life | | $ 185.00 |
|                    c. Health | | $ 0.00 |
|                    d. Auto | | $ 230.00 |
|                    e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|                    (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                    a. Auto | | $ 387.90 |
|                    b. Other | | $ 0.00 |
|                    c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other   **See Detailed Expense Attachment** | | $ 1,457.00 |

| | |
|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 8,125.24 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 8,850.18 |
| b. | Average monthly expenses from Line 18 above | $ 8,125.24 |
| c. | Monthly net income (a. minus b.) | $ 724.94 |

**B6J (Official Form 6J) (12/07)**

In re    **Carol A. Merchiore**                                                                 Case No.    **11-17019**
                                          Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cell Phone | $ | 175.00 |
| Cable/Internet/Phone | $ | 190.00 |
| **Total Other Utility Expenditures** | $ | 365.00 |

**Other Expenditures:**

| | | |
|---|---|---:|
| Property Taxes | $ | 580.00 |
| Veterinary Care | $ | 125.00 |
| Prescription Medication (out of pocket) | $ | 135.00 |
| Football (for minor child) | $ | 50.00 |
| Karate (for minor child) | $ | 200.00 |
| Fish Oil and Vitamins | $ | 50.00 |
| Camp (Pro-Rata over 12 months) | $ | 50.00 |
| Boxing Classes (for minor child) | $ | 65.00 |
| Swim Club Membership (Pro-Rated over 12 months) | $ | 70.00 |
| Music Classes/Guitar | $ | 86.00 |
| Licensure Education/Fees | $ | 46.00 |
| **Total Other Expenditures** | $ | 1,457.00 |